IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, | Criminal No.: 1:07-CR-00182-RCL |
| Plaintiff, | |
| vs. | MOTION FOR PRO HAC VICE |
| David Therrell Collier, and Robert Howell Price III, | |
| Defendants. | |

COMES NOW the undersigned as the sponsoring member of the Bar of this Court and pursuant to Rule LCrR 44.1(d) of the Rules of the United States District court for the District of Columbia, moves the Court for an order granting admission *pro hac vice* of Richard A. Harpootlian and James Mixon Griffin to appear and participate in proceedings in this Court in the above-referenced action. The grounds for this motion are set forth in the attached hereto and incorporated herein signed declarations of Mr. Harpootlian and Mr. Griffin.

Mr. Harpootlian and Mr. Griffin acknowledge the power and jurisdiction of the United States District Court for the District of Columbia over their professional conduct, and agree to be bound by the District of Columbia Court of Appeals Rules of Professional Conduct, if admitted *pro hac vice* in this matter.

The undersigned is a member in good standing of the Bar of the United States District Court for the District of Columbia.

WHEREFORE, for these and other such reasons, we respectfully request the Court to grant this Motion and enter the Order for admission *pro hac vice*.

August 2, 2007                    Respectfully submitted,

                                  BINGHAM MCCUTCHEN, LLP

                                  _____
                                  James Hamilton (DC Bar # 108928)
                                  2020 K Street, N.W.
                                  Washington, D.C. 20006
                                  (202) 373-6000

IN THE UNITED STATES DISTRICT COURT
IN THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| United States of America,<br><br>vs.<br><br>David Therrell Collier,<br><br>          Defendant. | Criminal No.: 1:07-CR-00182-RCL<br><br>**DECLARATION OF<br>JAMES MIXON GRIFFIN** |

I, James Mixon Griffin, declare under penalty of perjury the following:

1. I am an attorney practicing law with the Law Offices of James Mixon Griffin, 1116 Blanding Street, Columbia, South Carolina 29201, (803) 744-0800.

2. I am admitted to the Bar of the State of South Carolina, (Bar Admissions No. 9995), the United States District Court for the District of South Carolina, (I.D. No. 1053), the United States Court of Appeals for the Fourth Circuit and the United States Supreme Court.

3. I have never been disciplined by any bar of which I am a member.

4. I have never been admitted *pro hac vice* to the District Court for the District of Columbia.

5. I do not practice law from an office located in the District of Columbia, nor am I a member of the District of Columbia Bar nor have I applied for membership.

6. This declaration is made under penalty of perjury this 1st day of August, 2007.

                                                        _____
                                                        James Mixon Griffin

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>vs.<br><br>Robert Howell Price, III,<br><br>                Defendant. | Criminal No.: 1:07-cr-00182-RCL<br><br>**DECLARATION OF<br>RICHARD A. HARPOOOTLIAN** |

I, Richard A. Harpootlian, declare under penalty of perjury the following:

    1.    I am an attorney practicing law with Richard A. Harpootlian, P.A., 1410 Laurel Street, Post Office Box 1090, Columbia, SC 29202, (803) 252-4848.

    2.    I am admitted to the Bar of the State of South Carolina, Bar Admissions No. 2725, the United States District Court for the District of South Carolina, I.D. No. 1703, United States Court of Appeals for the Fourth Circuit and the United States Supreme Court.

    3.    I have never been disciplined by any bar of which I am a member.

    4.    I have never been admitted *pro hac vice* to the District Court for the District of Columbia.

    5.    I do not practice law from an office located in the District of Columbia, nor am I a member of the District of Columbia Bar nor have I applied for membership.

    6.    This declaration is made under penalty of perjury this 2nd day of August, 2007.

                                                                       Richard A. Harpootlian

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, | Criminal No.: 1:07-CR-00182-RCL |
| Plaintiff, | |
| vs. | ORDER |
| David Therrell Collier, and Robert Howell Price III, | |
| Defendants. | |

Upon consideration of the motion of James Hamilton (D.C. Bar No. 108928), active member of the Bar of this court, for the admission *pro hac vice* of Richard A. Harpootlian and James Mixon Griffin, and for good cause shown, it is, this ___ day of _____, 2007.

**ORDERED**: The Motion for Admission *Pro Hac Vice* be and hereby is GRANTED, and that Richard A. Harpootlian and James Mixon Griffin be, and the same hereby are, admitted *pro hac vice* to appear and participate in the above-referenced action under Rule LCrR 44.1(d) of the rules of the United States District Court for the District of Columbia.

**SO ORDERED.**

_____
Judge, United States
District Court for the District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States of America,** | **Criminal No.: 1:07-CR-00182-RCL** |
| **Plaintiff,** | |
| vs. | **CERTIFICATE OF SERVICE** |
| **David Therrell Collier,**<br>**and**<br>**Robert Howell Price III,** | |
| **Defendants.** | |

  I hereby certify that on this 2nd day of August 2007, I caused true and correct copies of the foregoing MOTION FOR PRO HAC VICE, DECLARATION OF RICHARD A. HARPOOTLIAN, DECLARATION OF JAMES MIXON GRIFFIN, and PROPOSED ORDER to be served by filing a copy with this Court's electronic docket, and by U.S. Mail on the following counsel:

  Eileen Gleason
  John P. Pearson
  Public Integrity Section
  Criminal Division
  U.S. Department of Justice
  1400 New York Avenue, N.W.
  Washington, D.C. 20530

                _/s/ David I. Ackerman_
                David I. Ackerman

A/72144694.1