UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) ) | |
| v. ) ) | Criminal No. 07-182 (RCL) |
| DAVID THERRELL COLLIER, ) and ) ROBERT HOWELL PRICE III, ) ) Defendants. ) ) | |

### ORDER

Upon consideration of the motion [2] of James Hamilton (D.C. Bar No. 108928), active member of the bar of this court, for the admission *pro hac vice* of Richard A. Harpootlian and James Mixon Griffin, and for good cause shown, it is hereby

ORDERED, that the Motion for Admission *Pro Hac Vice* is GRANTED; and it is further

ORDERED, that Richard A. Harpootlian and James Mixon Griffin are admitted *pro hac vice* to appear and participate in the above-referenced action under Local Criminal Rule 44.1(d). SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, August 2, 2007.