# United States District Court
# for the District of Columbia

FILED

AUG 0 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.                                                WAIVER OF INDICTMENT

**ROBERT HOWELL PRICE, III**

CASE NUMBER:    CR 07-182-2


I,   **ROBERT HOWELL PRICE, III**   the above named defendant, who is accused of

**18:1001, 2: STATEMENTS OR ENTRIES GENERALLY; Causing False Statement.**

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __8/3/ 2007__ prosecution by indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Judge Royce C. Lamberth
United States District Court