U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

FILED

AUG 0 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :

v. :

ROBERT HOWELL PRICE III : Case No. 07-182

:

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __3rd__ day of __August, 2007__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __August 3, 2007__ by __SA Daniel Damron, FBI__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __SA Damron__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_Royce C. Lamberth_
Judge (U.S. Magistrate)

DEFENSE COUNSEL

DOJ USA-16-1-80