WILLIAM M. WELCH II
Chief, Public Integrity Section
EILEEN GLEASON
Trial Attorney
Public Integrity Section
Criminal Division
U.S. Department of Justice

Attorneys for
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 01:07-cr-00182-RCL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID THERRELL COLLIER and | ) | |
| ROBERT HOWELL PRICE, III | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

ENTRY OF APPEARANCE

COMES NOW the United States of America by and through its undersigned counsel and hereby requests that the Court enter the appearance of Eileen Gleason, Trial Attorney, Public Integrity Section, Criminal Division, U.S. Department of Justice, as counsel for the Government in the above-captioned matter, in addition to John P. Pearson, Trial Attorney, Public Integrity Section, Criminal Division, U.S. Department of Justice.

Dated: August 13, 2007

WILLIAM M. WELCH II
Chief, Public Integrity Section

 /s/                                                    
EILEEN GLEASON
Lousiana Bar Roll #11976
Trial Attorney
Public Integrity Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
12th Floor
Washington, DC 20005
Telephone 202-305-8294
Facsimile  202-514-3003
e-mail: Eileen.Gleason@usdoj.gov

CERTIFICATE OF SERVICE

    I, Eileen Gleason, hereby certify under penalty of perjury that on this 13th day of August, 2007, I caused to be served by United States Mail, postage prepaid and properly addressed, a true and correct copy of the foregoing filing entitled "Entry of Appearance" as follows:

James Hamilton
Bingham McCutcheon LLP
202 K Street, NW
Washington, DC 2006-1806

Richard A. Harpootlian
1410 Laurel Street
P.O. Box 1090
Columbia, SC 29202

                                                          _____
                                                          EILEEN GLEASON