WILLIAM M. WELCH, II
Chief, Public Integrity Section
EILEEN GLEASON
Trial Attorney
Public Integrity Section
Criminal Division
U.S. Department of Justice

Attorneys for
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 01:07-cr-00182-RCL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DAVID THERRELL COLLIER and ) | |
| ROBERT HOWELL PRICE, III ) | |
| ) | |
| Defendants ) | |
| _____) | |

CONSENT MOTION TO CONTINUE SENTENCING

COMES NOW the United States of America by and through its undersigned counsel and defendants, David Therrell Collier and Robert Howell Price III by and through their undersigned counsel, and respectfully move the Court to continue the sentencing of the defendants, presently scheduled for Monday, November 19, at 10:00 a.m. for a period of at least sixty days.

WHEREFORE, the parties respectfully move that the Consent Motion to Continue Sentencing be granted.

Dated: November 5, 2007

    WILLIAM M. WELCH, II
    Chief, Public Integrity Section

    /s/Eileen Gleason
    EILEEN GLEASON
    Louisiana Bar Roll #11976
    Trial Attorney
    Public Integrity Section
    Criminal Division
    U.S. Department of Justice
    1400 New York Avenue, NW
    12th Floor
    Washington, DC 20005
    Telephone 202-305-8294
    Facsimile  202-514-3003
    e-mail: Eileen.Gleason@usdoj.gov

| /s/ James Hamilton by consent | /s/ Richard A. Harpootlian by consent |
|---|---|
| JAMES HAMILTON | RICHARD A. HARPOOTLIAN |
| D.C. Bar #108928 | 1410 Laurel Street |
| Bingham McCutcheon LLP | P.O. Box 1090 |
| 2020 K Street, NW | Columbia, SC 29202 |
| Washington, DC 20006-1806 | Telephone: 803-252-4848 |
| Telephone: 202-373-6026 | Facsimile: 803-252-4810 |
| Facsimile: 202-373-6473 | e-mail: rah@harpootlianlaw.com |
| e-mail: james.hamilton@bingham.com | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 01:07-cr-00182-RCL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID THERRELL COLLIER and | ) | |
| ROBERT HOWELL PRICE, III | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

ORDER GRANTING CONSENT MOTION TO CONTINUE SENTENCING

Considering the foregoing Consent Motion to Continue Sentencing,

IT IS ORDERED that the motion is GRANTED, and the sentencing hearing of the defendants, David Therrell Collier and Robert Howell Price, III, is continued from Monday, November 19, 2007 at 10:00 a.m. until _____, the _____ day of _____, 2008.

Washington, District of Columbia, this _____ day of November, 2007.

_____
ROYCE C. LAMBERTH
United States District Judge

**PROOF OF SERVICE**

I hereby certify that on November 5, 2007, I served a copy of the above and foregoing

**CONSENT MOTION AND ORDER TO CONTINUE SENTENCING**

on the following counsel of record:

James Hamilton, Esq.
Counsel for Defendant Collier

Richard Harpootlian, Esq.
Counsel for Defendant Price

each of whom are e-filers, via filing electronically on ECF

/s/ Eileen Gleason
Eileen Gleason
Trial Attorney
Public Integrity Section
U.S. Department of Justice
1400 New York Avenue, N.W. Suite 12100
Washington, D.C. 20005
(202) 514-1412
(202) 514-3003 (fax)
Eileen.Gleason@usdoj.gov