IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 01:07-cr-00182-RCL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | FILED |
| DAVID THERRELL COLLIER and ) | NOV 0 6 2007 |
| ROBERT HOWELL PRICE, III ) | |
| ) | NANCY MAYER WHITTINGTON, CLERK |
| Defendants ) | U.S. DISTRICT COURT |
| ) | |

<u>ORDER GRANTING CONSENT MOTION TO CONTINUE SENTENCING</u>

Considering the foregoing Consent Motion to Continue Sentencing,

IT IS ORDERED that the motion is GRANTED, and the sentencing hearing of the defendants, David Therrell Collier and Robert Howell Price, III, is continued from Monday, November 19, 2007 at 10:00 a.m. until January 30, 2008 at 10:00 a.m.

Washington, District of Columbia, this 6th day of November, 2007.

*[signature]*
ROYCE C. LAMBERTH
United States District Judge