UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 07-182-01 |
| | ) | |
| DAVID THERRELL COLLIER, | ) | Lamberth, J. |
| | ) | |
| Defendant | ) | |
| | ) | |

## MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL AND POINTS AND AUTHORITIES IN SUPPORT THEREOF

Defendant David Therrell Collier, through undersigned counsel, respectfully requests leave to file certain documents under seal. As grounds for this Motion, defendant respectfully states the following:

1. On this date, defendant has filed his Memorandum in Aid of Sentencing ("Sentencing Memorandum"). Sentencing is scheduled for Wednesday, January 30, 2008.

2. The Sentencing Memorandum includes five Appendices. Two of the Appendices, Appendix D and Appendix E, consist of short planning and/or financial documents and contain references to individuals not otherwise involved in this sentencing. Undersigned counsel believe that, under these circumstances, it is appropriate to maintain the privacy of those individuals by maintaining Appendices D and E under seal.

WHEREFORE, for the reasons stated above and for such other reasons as may appear to the Court, defendant respectfully requests that this Motion be granted and that the Clerk of the Court be directed to accept the aforesaid documents and to maintain them under seal. A proposed Order is attached hereto for the Court's consideration.

Respectfully submitted,

_____/s/_____
James Hamilton (108928)
Warren Anthony Fitch (089920)
Bingham McCutchen LLP
2020 K Street N.W.
Washington, DC 20006
Tel: (202) 373-6000
Fax: (202) 373-6001
james.hamilton@bingham.com
tony.fitch@bingham.com

James M. Griffin
Suite 2B
1116 Blanding Street
Columbia, SC 29201
Tel: (803) 704(0800
Fax: (803) 704-0805
jmg@jimgriffinlaw.com

Counsel for Defendant
David Therrell Collier

CERTIFICATE OF SERVICE

I certify that on the 24th day of January, 2008, I caused defendant David Therrell Collier's Motion for Leave to File Exhibits Under Seal to be filed electronically through the ECF system and to be served by hand upon the office of:

Eileen Gleason, AUSA
John Pearson, AUSA
12th Floor
1400 New York Avenue, N.W.
Washington, DC 20530

/s/ Warren Anthony Fitch_____
Warren Anthony Fitch

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 07-182-01 |
| ) | |
| DAVID THERRELL COLLIER, ) | Lamberth, J. |
| ) | |
| Defendant ) | |
| _____) | |

## ORDER

Upon consideration of defendant David Therrell Collier's Motion for Leave to File Certain Documents Under Seal, and of the record in this case, it is, this _____ day of January, 2008,

**ORDERED**, that the Motion be, and it hereby is, GRANTED; and it is furthered,

**ORDERED**, that the Clerk of the Court shall accept for filing the tendered documents -- Appendix D and Appendix E to the defendant's Memorandum in Aid of Sentencing -- and shall maintain those documents under seal.

_____
Royce C. Lamberth
Chief Judge
